## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-13452 |
| TRACEY TERRELL MITCHELL | ) | |
| a/k/a DARNELL TRACY MITCHELL, | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE BRUCE W. BLACK |
| | ) | (Joliet) |

### NOTICE OF MOTION

To: **Attached Service List**

**PLEASE TAKE NOTICE** that on the 9th day of October, 2015, at 9:00 a.m., I shall appear before the Honorable Judge Bruce W. Black, Joliet City Hall, 150 West Jefferson Street, 2nd floor, Joliet, Illinois and shall then and there present the attached **TRUSTEE'S MOTION TO APPROVE SETTLEMENT, ALLOW PAYMENT OF COMPENSATION TO ATTORNEYS, SHORTEN NOTICE, AND FOR OTHER RELIEF,** at which time you may appear if you so desire.

                                              */s/ Peter N. Metrou*
                                              **Bankruptcy Trustee**

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 29th day of September, 2015, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                               */s/ Peter N. Metrou*
                                              **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 13-13452 |
| TRACEY TERRELL MITCHELL ) | |
| a/k/a DARNELL TRACY MITCHELL, ) | CHAPTER 7 |
| ) | |
| Debtor(s). ) | JUDGE BRUCE W. BLACK |
| ) | (Joliet) |

**TRUSTEE'S MOTION TO APPROVE SETTLEMENT, ALLOW PAYMENT OF COMPENSATION TO ATTORNEYS, SHORTEN NOTICE, AND FOR OTHER RELIEF**

**NOW COMES PETER N. METROU,** Trustee herein, and moves this Honorable Court for entry of an Order to Approving Settlement, Allowing Payment of Compensation to Attorneys, Shorten Notice, And For Other Relief ("Motion") pursuant to 11 U.S.C. Rule 9019 (a) and in support thereof respectfully represents as follows:

1. This case was commenced by the Debtor's voluntary filing of a petition for relief under Chapter 7 of the Bankruptcy Code on April 1, 2013.

2. Michael G. Berland was appointed to serve as Trustee in this case upon its filing. Trustee Berland resigned and Peter N. Metrou was appointed on September 23, 2014 as Chapter 7 Trustee and has been acting as such.

3. Debtor's Amended schedule B reported a pending personal injury action resulting from an accident that occurred September 4, 2007, captioned Mitchell v. Lamb and the City of Hawkinsville, Georgia identified as 2012 v. 14045 ("Lawsuit").

4. On July 12, 2013 this Court entered an Order authorizing Trustee Berland's employment of Edward J. Bauer, A Professional Corporation ("Attorney"), to serve as Special Counsel for the Trustee and Estate in regard to the Lawsuit.

2

5.     Subject to this Court's approval, the Attorneys have negotiated a settlement whereby the Defendants in the Lawsuit agreed to pay the total sum of $40,000.00 as full and final settlement with Debtor.   Trustee has tentatively agreed to settle the Lawsuit for the foregoing amount.

7.     Pursuant to Fed.R.Bankr.P. 9019, Trustee seeks this Court to approve the settlement of the Lawsuit as set forth in this motion because such settlement appears to be in the best interest of the estate and its creditors. Fed.R.Bankr.P. 9019(a) provides that on "motion by the trustee and after notice and a hearing, the court may approve a compromise or settlement." As the Court stated in Patel v. Patel (In re Patel), 43 B.R. 500, 504 (N.D.Ill.1984)(citation omitted).

> Bankruptcy Rule 9019 empowers the bankruptcy court to approve a compromise or settlement.   Under former Rule 919, which is exactly the same as Rule 9019, four criteria: (1) the probability of success in the litigation; (2) the difficulties, if any, to be encountered in the matter of collection; (3) the complexity of the litigation involved, and the expense and inconvenience in delay necessarily attending it; and (4) the paramount interest of the creditors.

8.     "The benchmark for determining the propriety of a bankruptcy settlement is whether the settlement is in the best interests of the estate." In re Energy Cooperative, Inc., 886 F.2d. 921, 927 (7th Cir. 1989).   This settlement appears to meet the standard and should be approved by this Court.

9.     On information and belief, the Attorney has handled the prosecution and resolution of the Lawsuit competently and diligently and achieved a fair and adequate resolution. Trustee seeks allowance of compensation and authorization to pay compensation to the Attorney out of the settlement proceeds.   Pursuant to the agreement between Trustee and the Attorney, the

3

Attorney is entitled to $12,000.00 in attorney compensation out of the settlement proceeds, in full and final satisfaction of the Attorneys' claim for compensation and expenses.  Special Counsel has agreed to accept less than the original 1/3 contingency fee as originally agreed upon with the previous Trustee, and the current Trustee.

10.     Pursuant to 735 ILCS 5/12-1001(h)(4) Debtor has a right to a $15,000.00 exemption which Debtor asserted on his schedules.   Trustee seeks this Court to allow and authorize payment of said exemption from the settlement proceeds, in full and final satisfaction of Debtor's claim against the proceeds.

11.     Trustee seeks this Court to allow and authorize Trustee's payment of the following lien out of the settlement proceeds, in full and final satisfaction of said lien against the proceeds:

   $3,000.00     Law Cash

12.     The Trustee has served a copy of this motion on the Debtor, his counsel, and counsel for the United States Trustee, creditors and all interested parties.

13.     The Trustee requests that the Court consider a shortened seven (7) day notice to be adequate and sufficient in this instance due to the pendency of the lawsuit.

14.     As a part of the resolution of the Lawsuit, the Trustee may be requested to execute documents releasing all claims the Trustee or the Debtor may have against the parties.   Trustee seeks authority from this Court to execute such documents and to undertake such other acts as may be reasonable and necessary to consummate the settlement.   In addition, to the extent the Debtor may be required to execute releases or other documents, Trustee requests that this Court order and direct the Debtor to execute such documents.

**WHEREFORE**, **PETER N. METROU,** Bankruptcy Trustee, respectfully requests that this Honorable Court enter an Order:

A. Approving the settlement of the pending lawsuit and authorizing Trustee to accept the sum of $40,000.00 as full and final settlement of the Lawsuit as set forth in this Motion;

B. Authorizing and allowing Trustee to make payment of compensation in the amount of $12,000.00 to Special Counsel, Edward J. Bauer, from the proceeds of the settlement;

C. Approval of form and Notice to Creditors and Parties in Interest;

D. Approving and authorizing the Trustee to pay the Debtor's $15,000.00 exemption from the proceeds of the settlement;

E. Authorizing and allowing Trustee to make payment of compensation in the following amounts to lien holders:
$ 3,000.00     Law Cash.;

F. Authorizing Trustee to execute such documents and to undertake such other acts as may be reasonable and necessary to consummate the settlement of the Lawsuit;

G. Directing the Debtor to execute any documents reasonable and necessary to consummate the settlement of the Lawsuit; and

H. For such other and further relief as this Court deems just and proper.

                                                */s/ Peter N. Metrou*
                                                **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

| | | |
|---|---|---|
| (p)CASHCALL INC<br>1 CITY BOULEVARD WEST<br>SUITE 1000<br>ORANGE CA 92868-3611 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | AD Astra Recovery Service<br>7330 W. 33rd Street N.<br>Ste 118<br>Wichita, KS 67205-9370 |
| AllianceOne Receivables Management<br>6565 Kimballl Drive<br>Suite 200<br>Gig Harbor, WA 98335-1206 | American Collections<br>919 Estes Ct<br>Schaumburg, IL 60193-4436 | American InfoSource LP as agent for<br>RJM Acquisitions, LLC<br>as assignee of BANK OF AMERICA<br>PO Box 268850<br>Oklahoma City, OK 73126-8850 |
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Bonds, Zumstein & Konzelman<br>60 N. Chicago St.<br>Joliet, IL 60432-4315 | Caine & Weiner<br>P.O. Box 5010<br>Woodland Hills, CA 91365-5010 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4868 | Global Payments Inc<br>1408 Highland Aveneu<br>Joliet, IL 60435-4219 | John H. Kelly<br>C/O Bruce L Zumstein<br>60 N Chicago Street<br>Joliet, IL 60432-4315 |
| John H.Kelly<br>1107 W Jefferson Street<br>Joliet,IL 60435-6894 | Keynote Consulting Inc<br>220 Campus Drive Ste. 102<br>Arlington Heights, IL 60004-1498 | Marauder Corporation<br>74923 HWY 111<br>Indian Wells, CA 92210 |
| Merchant One Inc<br>524 Arthur Godfrey Road<br>#300<br>Miami Beach, FL 33140-3520 | Midland Funding<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Oliphant Financial<br>9009 Town Center Parkway<br>Lakewood Ranch, FL 34202-4185 |
| Patrick A Meszaros<br>Law Offices Of Patrick A Meszaros<br>1100 W. Jefferson Street<br>Joliet, IL 60435-6814 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Personal Finance Company<br>1020 W. Jefferson St.<br>Joliet, IL 60435-7379 |
| PYOD, LLC its successors and assigns as assi<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | RJM Aquisitions LLC<br>575 Underhill Blvd<br>Ste 224<br>Syosset, NY 11791-4437 | Santander Consumer<br>Bankruptcy Department<br>P.O. Box560284<br>Dallas, TX 75356-0284 |

| | | |
|---|---|---|
| Santanter Consumer USA Inc.<br>P.O. Box 660633<br>Dallas, TX 75266-0633 | Security Finance<br>2222 Plainfield Rd<br>Joliet,IL 60403-1862 | Tessone Motors<br>1801 St Street<br>Lockport,IL 60441 |
| TK Financial<br>930 San Pablo Avenue<br>S-B<br>Pinole, CA 94564-2476 | Tracey Terrell Mitchell<br>101 Julie Road<br>Bolingbrook, IL 60440-1333 | United Parcel Service<br>c/o Receivable Management Services (&quo<br>P.O. Box 4396<br>Timonium, MD 21094-4396 |
| Verizon Wireless<br>1515 Woodfield Rd.<br>#1400<br>Schaumburg, IL 60173-6046 | Wexler & Wexler<br>500 W Madison Street<br>Suite 2910<br>Chicago, IL 60661-4571 | |