# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
TRACY TERRELL MITCHELL § Case No. 13-13452
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/01/2013 . The undersigned trustee was appointed on 09/23/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 40,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 12,000.00 |
| Bank service fees | | 10.00 |
| Other payments to creditors | | 3,000.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 9,990.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  09/19/2013  and the deadline for filing governmental claims was  09/30/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,250.00 , for a total compensation of $ 3,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 95.39 , for total expenses of $ 95.39 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _06/25/2016_____    By:/s/Peter N. Metrou, Trustee_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-13452 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TRACY TERRELL MITCHELL | | | | Date Filed (f) or Converted (c): | 04/01/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/06/2013 |
| For Period Ending: | 06/25/2016 | | | | Claims Bar Date: | 09/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 4. 2004 Dodge Grand Caravan | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. 49% interest in S&D Electronics (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6. PI case pending (u) | 55,000.00 | 22,000.00 | | 40,000.00 | FA |
| 7. 2001 Ford Cargo Van (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. 1999 Chevy Astro Van (u) | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $63,000.00   $22,000.00   $40,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee to Trustee Berland. Special counsel hired for pending PI case. PI case settled and funds received. Claims review in process.

RE PROP #   6   --   9/4/07 accident. Not originally scheduled but amended schedule filed by Debtor indicates $55,000.00.

Initial Projected Date of Final Report (TFR): 12/01/2015   Current Projected Date of Final Report (TFR): 09/30/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-13452
Case Name: TRACY TERRELL MITCHELL
Taxpayer ID No: XX-XXX5057
For Period Ending: 06/25/2016

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5504
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/15 | 6 | GEORGIA FARM BUREAU MUTUAL INS. CO. P.O. Box 7008 Macon, GA 31209 | Partial Settlement Proceeds | 1242-000 | $25,000.00 | | $25,000.00 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $24,990.00 |
| 12/08/15 | 6 | BASSETT-ATLANTA, GALLAGHER 2915 Premiere Parkway Suite 350 Duluth, GA 30097-5241 | Settlement proceeds | 1242-000 | $15,000.00 | | $39,990.00 |
| 12/08/15 | 5001 | MITCHELL, TRACY TERRELL 1903 Cumberland Court Plainfield, IL 60586 | Personal Injury Exemption PI Exemption approved per court order. | 8100-002 | | $15,000.00 | $24,990.00 |
| 12/08/15 | 5002 | CASH, LAW 26 Court Street, 11th Floor Brooklyn, NY 11242 | PI Lien Settlement Approved by Court Order 10-09-2015 PI Settlement approved by court order of 10-09-2015 | 4210-000 | | $3,000.00 | $21,990.00 |
| 12/16/15 | 5003 | BAUER, ESQ., EDWARD J. Edward J. Bauer, P.C. P.O. Box 19776 Atlanta, GA 30325-0776 | Special Counsel Fees for PI Case Mitchell v Lamb, et. al. | 3210-000 | | $12,000.00 | $9,990.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $40,000.00 | $30,010.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,000.00 | $30,010.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $40,000.00 | $15,010.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*         Page Subtotals:  $40,000.00   $30,010.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5504 - Checking Account (Non-Interest Earn | $40,000.00 | $15,010.00 | $9,990.00 |
| | $40,000.00 | $15,010.00 | $9,990.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,000.00 |
| Total Gross Receipts: | $40,000.00 |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-13452
Case Name: TRACY TERRELL MITCHELL
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 9,990.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 95.39 | $ 0.00 | $ 95.39 |
| Attorney for Trustee Fees: Bauer, Edward J. | $ 12,000.00 | $ 12,000.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $ 3,345.39
Remaining Balance   $ 6,644.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 171.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | DEPARTMENT OF THE TREASURY | $ 171.93 | $ 0.00 | $ 171.93 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 171.93 |
| Remaining Balance | $ 6,472.68 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,511.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | DEPARTMENT OF TREASURY | $ 475.73 | $ 0.00 | $ 198.52 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 348.99 | $ 0.00 | $ 145.63 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 540.64 | $ 0.00 | $ 225.60 |
| 4 | SPRINT NEXTEL | $ 1,955.82 | $ 0.00 | $ 816.14 |
| 5 | UNITED PARCEL SERVICE | $ 3,359.81 | $ 0.00 | $ 1,402.01 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 1,102.09 | $ 0.00 | $ 459.89 |
| 7 | KEYNOTE CONSULTING INC | $ 7,173.98 | $ 0.00 | $ 2,993.62 |
| 8 | OLIPHANT FINANCIAL | $ 238.40 | $ 0.00 | $ 99.48 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | $ 315.81 | $ 0.00 | $ 131.79 |
| | Total to be paid to timely general unsecured creditors | | | $ 6,472.68 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 35,680.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | JOHN H. KELLY | $ 35,680.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE