**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-13452 |
| TRACEY TERRELL MITCHELL | ) | |
| a/k/a DARNELL TRACY MITCHELL, | ) | CHAPTER 7 |
| | ) | |
| Debtor(s). | ) | JUDGE BRUCE W. BLACK |
| | ) | (Joliet) |

## NOTICE OF MOTION

To:   **By ECF Notice:**
Patrick S Layng, Office of the U.S.T., 219 S Dearborn St., Room 873, Chicago, IL 60604-2027
Law Offices Of Patrick A Meszaros 1100 W. Jefferson Street Joliet, IL 60435
   **By US Mail:**
See Attached Service List

## TRUSTEE'S CERTIFICATE OF SERVICE FOR NOTICE OF TRUSTEE'S FINAL REPORT

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 28th day of June, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

   */s/ Peter N. Metrou*
   **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

(p)CASHCALL INC
1 CITY BOULEVARD WEST
SUITE 1000
ORANGE CA 92868-3611

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

AD Astra Recovery Service
7330 W. 33rd Street N.
Ste 118
Wichita, KS 67205-9370

AllianceOne Receivables Management
6565 Kimballl Drive
Suite 200
Gig Harbor, WA 98335-1206

American Collections
919 Estes Ct
Schaumburg, IL 60193-4436

American InfoSource LP as agent for
RJM Acquisitions, LLC
as assignee of BANK OF AMERICA
PO Box 268850
Oklahoma City, OK  73126-8850

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Bonds, Zumstein & Konzelman
60 N. Chicago St.
Joliet, IL 60432-4315

Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365-5010

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One
PO Box 6492
Carol Stream, IL 60197-6492

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104-4868

Global Payments Inc
1408 Highland Aveneu
Joliet, IL 60435-4219

John H. Kelly
C/O Bruce L Zumstein
60 N Chicago Street
Joliet, IL 60432-4315

John H.Kelly
1107 W Jefferson Street
Joliet,IL 60435-6894

Keynote Consulting Inc
220 Campus Drive Ste. 102
Arlington Heights, IL 60004-1498

Marauder Corporation
74923 HWY 111
Indian Wells, CA 92210

Merchant One Inc
524 Arthur Godfrey Road
#300
Miami Beach, FL 33140-3520

Midland Funding
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Oliphant Financial
9009 Town Center Parkway
Lakewood Ranch, FL 34202-4185

Patrick A Meszaros
Law Offices Of Patrick A Meszaros
1100 W. Jefferson Street
Joliet, IL 60435-6814

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Personal Finance Company
1020 W. Jefferson St.
Joliet, IL 60435-7379

PYOD, LLC its successors and assigns as assi
of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

RJM Aquisitions LLC
575 Underhill Blvd
Ste 224
Syosset, NY 11791-4437

Santander Consumer
Bankruptcy Department
P.O. Box560284
Dallas, TX 75356-0284

| | | |
|---|---|---|
| Santanter Consumer USA Inc.<br>P.O. Box 660633<br>Dallas, TX 75266-0633 | Security Finance<br>2222 Plainfield Rd<br>Joliet,IL 60403-1862 | Tessone Motors<br>1801 St Street<br>Lockport,IL 60441 |
| TK Financial<br>930 San Pablo Avenue<br>S-B<br>Pinole, CA 94564-2476 | Tracey Terrell Mitchell<br>101 Julie Road<br>Bolingbrook, IL 60440-1333 | United Parcel Service<br>c/o Receivable Management Services (&quo<br>P.O. Box 4396<br>Timonium, MD 21094-4396 |
| Verizon Wireless<br>1515 Woodfield Rd.<br>#1400<br>Schaumburg, IL 60173-6046 | Wexler & Wexler<br>500 W Madison Street<br>Suite 2910<br>Chicago, IL 60661-4571 | |