# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TRACY TERRELL MITCHELL | § | Case No. 13-13452 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 5,500.00                     Assets Exempt: 17,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,644.61     Claims Discharged
                                               Without Payment: 66,214.59

Total Expenses of Administration: 15,355.39

3) Total gross receipts of $ 40,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 25,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,330.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 15,355.39 | 15,355.39 | 15,355.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 558.00 | 171.93 | 171.93 | 171.93 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 62,341.81 | 51,191.27 | 51,191.27 | 6,472.68 |
| **TOTAL DISBURSEMENTS** | $ 70,229.81 | $ 69,718.59 | $ 69,718.59 | $ 25,000.00 |

4)  This case was originally filed under chapter 7 on  04/01/2013 .  The case was pending for 45 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/13/2016 _____        By:/s/Peter N. Metrou, Trustee _____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI case pending | 1242-000 | 40,000.00 |
| TOTAL GROSS RECEIPTS | | $40,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MITCHELL, TRACY TERRELL | Exemptions | 8100-002 | 15,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 15,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer Bankruptcy Department P.O. Box560284 Dallas, TX 75356-0284 | | 0.00 | NA | NA | 0.00 |
| | Santanter Consumer USA Inc. P.O. Box 660633 Dallas, TX 75266-0633 | | 7,330.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CASH, LAW | 4210-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| TOTAL SECURED CLAIMS | | | $ 7,330.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| Peter N. Metrou | 2200-000 | NA | 95.39 | 95.39 | 95.39 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| Bauer, Edward J. | 3210-000 | NA | 12,000.00 | 12,000.00 | 12,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 15,355.39 | $ 15,355.39 | $ 15,355.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | DEPARTMENT OF THE TREASURY | 5800-000 | 558.00 | 171.93 | 171.93 | 171.93 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 558.00 | $ 171.93 | $ 171.93 | $ 171.93 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AD Astra Recovery Service 7330 W. 33rd Street N. Ste 118 Wichita, KS 67205 | | 341.00 | NA | NA | 0.00 |
| | American Collections 919 Estes Ct Schaumburg, IL 60193 | | 100.00 | NA | NA | 0.00 |
| | Caine & Weiner P.O. Box 5010 Woodland Hills, CA 91365-5010 | | 211.00 | NA | NA | 0.00 |
| | Capital One PO Box 30285 Salt Lake City, UT 84100 | | 0.00 | NA | NA | 0.00 |
| | CashCall, Inc 1600 S Douglass Road Anaheim, CA 92806 | | 1,457.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CashCall, Inc Payment Processing PO Box 8349 Fountain Valley, CA 92728 | | 0.00 | NA | NA | 0.00 |
| | Credit One Bank PO Box 98873 Las Vegas, NV 89193-8873 | | 0.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S. Minnesota Avenue Sioux Falls, SD 57104 | | 0.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S. Minnesota Avenue Sioux Falls, SD 57104 | | 333.00 | NA | NA | 0.00 |
| | Global Payments Inc 1408 Highland Aveneu Joliet, IL 60435 | | 525.00 | NA | NA | 0.00 |
| | Marauder Corporation 74923 HWY 111 Indian Wells, CA 92210 | | 62.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Drive, Suite 200 San Diego, CA 92123 | | 284.00 | NA | NA | 0.00 |
| | Personal Finance Company 1020 W. Jefferson St. Joliet, IL 60435 | | 2,331.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Security Finance 2222 Plainfield Rd. Joliet, IL 60435 | | 2,000.00 | NA | NA | 0.00 |
| | TK Financial 930 San Pablo Avenue S-B Pinole, CA 94564 | | 5,497.00 | NA | NA | 0.00 |
| | Wexler & Wexler 500 W Madison Street Suite 2910 Chicago, IL 60661 | | 1,025.00 | NA | NA | 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 540.00 | 540.64 | 540.64 | 225.60 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 0.00 | 1,102.09 | 1,102.09 | 459.89 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 202.00 | 348.99 | 348.99 | 145.63 |
| 1B | DEPARTMENT OF TREASURY | 7100-000 | 558.00 | 475.73 | 475.73 | 198.52 |
| 7 | KEYNOTE CONSULTING INC | 7100-000 | 7,174.00 | 7,173.98 | 7,173.98 | 2,993.62 |
| 8 | OLIPHANT FINANCIAL | 7100-000 | 238.00 | 238.40 | 238.40 | 99.48 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | 240.81 | 315.81 | 315.81 | 131.79 |
| 4 | SPRINT NEXTEL | 7100-000 | 3,225.00 | 1,955.82 | 1,955.82 | 816.14 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | UNITED PARCEL SERVICE | 7100-000 | 0.00 | 3,359.81 | 3,359.81 | 1,402.01 |
| 10 | JOHN H. KELLY | 7200-000 | 35,998.00 | 35,680.00 | 35,680.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 62,341.81 | $ 51,191.27 | $ 51,191.27 | $ 6,472.68 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-13452 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | TRACY TERRELL MITCHELL | | | | Date Filed (f) or Converted (c): | 04/01/2013 (f) |
| | | | | | 341(a) Meeting Date: | 05/06/2013 |
| For Period Ending: | 12/13/2016 | | | | Claims Bar Date: | 09/19/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Checking Account Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2.  Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 3.  Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 4.  2004 Dodge Grand Caravan | 3,000.00 | 0.00 | | 0.00 | FA |
| 5.  49%  interest in S&D Electronics          (u) | 0.00 | 0.00 | | 0.00 | FA |
| 6.  PI case pending                              (u) | 55,000.00 | 22,000.00 | | 40,000.00 | FA |
| 7.  2001 Ford Cargo Van                       (u) | 1,500.00 | 0.00 | | 0.00 | FA |
| 8.  1999 Chevy Astro Van                      (u) | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $63,000.00 | $22,000.00 | | $40,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Successor Trustee to Trustee Berland. Special counsel hired for pending PI case. PI case settled and funds received. Claims review in process.

RE PROP #          6   --   9/4/07  accident. Not originally scheduled but amended schedule filed by Debtor
                                 indicates $55,000.00.

Initial Projected Date of Final Report (TFR): 12/01/2015          Current Projected Date of Final Report (TFR): 09/30/2016

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-13452 | Trustee Name: Peter N. Metrou, Trustee | |
| Case Name: TRACY TERRELL MITCHELL | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX5504 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX5057 | Blanket Bond (per case limit): $1,000,000.00 | |
| For Period Ending: 12/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/25/15 | 6 | GEORGIA FARM BUREAU MUTUAL INS. CO. P.O. Box 7008Macon, GA 31209 | Partial Settlement Proceeds | 1242-000 | $25,000.00 | | $25,000.00 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $24,990.00 |
| 12/08/15 | 6 | BASSETT-ATLANTA, GALLAGHER 2915 Premiere ParkwaySuite 350Duluth, GA 30097-5241 | Settlement proceeds | 1242-000 | $15,000.00 | | $39,990.00 |
| 12/08/15 | 5001 | MITCHELL, TRACY TERRELL 1903 Cumberland CourtPlainfield, IL 60586 | Personal Injury Exemption PI Exemption approved per court order. | 8100-002 | | $15,000.00 | $24,990.00 |
| 12/08/15 | 5002 | CASH, LAW 26 Court Street, 11th FloorBrooklyn, NY 11242 | PI Lien Settlement Approved by Court Order 10-09-2015 PI Settlement approved by court order of 10-09-2015 | 4210-000 | | $3,000.00 | $21,990.00 |
| 12/16/15 | 5003 | BAUER, ESQ., EDWARD J. Edward J. Bauer, P.C.P.O. Box 19776Atlanta, GA 30325-0776 | Special Counsel Fees for PI Case Mitchell v Lamb, et. al. | 3210-000 | | $12,000.00 | $9,990.00 |
| 08/15/16 | 5004 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL  60543 | Distribution | | | $3,345.39 | $6,644.61 |
| | | Peter N. Metrou | Final distribution representing a         ($3,250.00) payment of 100.00 % per court order. | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a         ($95.39) payment of 100.00 % per court order. | 2200-000 | | | |
| 08/15/16 | 5005 | DEPARTMENT OF THE TREASURY Internal Revenue Service P.O. Box 7346 Philadelphia, PA  19101-7346 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $171.93 | $6,472.68 |
| 08/15/16 | 5006 | DEPARTMENT OF TREASURY Internal Revenue Service P.O. Box 7346 Philadelphia, PA  19101-7346 | Final distribution to claim 1 representing a payment of 41.73 % per court order. | 7100-000 | | $198.52 | $6,274.16 |

Page Subtotals:                                          $40,000.00      $33,725.84

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 13-13452 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: TRACY TERRELL MITCHELL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5504 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX5057 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/16 | 5007 | CAPITAL ONE BANK (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | Final distribution to claim 2 representing a payment of 41.73 % per court order. | 7100-000 | | $145.63 | $6,128.53 |
| 08/15/16 | 5008 | AMERICAN INFOSOURCE LP AS AGENT FOR RJM Acquisitions, LLC as assignee of BANK OF AMERICA PO Box 268850 Oklahoma City, OK 73126-8850 | Final distribution to claim 3 representing a payment of 41.73 % per court order. | 7100-000 | | $225.60 | $5,902.93 |
| 08/15/16 | 5009 | SPRINT NEXTEL Attn Bankruptcy Dept PO Box 7949 Overland Park, KS 66207-0949 | Final distribution to claim 4 representing a payment of 41.73 % per court order. | 7100-000 | | $816.14 | $5,086.79 |
| 08/15/16 | 5010 | UNITED PARCEL SERVICE c/o Receivable Management Services ("RMS P.O. Box 4396 Timonium, MD 21094 | Final distribution to claim 5 representing a payment of 41.73 % per court order. | 7100-000 | | $1,402.01 | $3,684.78 |
| 08/15/16 | 5011 | AMERICAN INFOSOURCE LP AS AGENT FOR T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | Final distribution to claim 6 representing a payment of 41.73 % per court order. | 7100-000 | | $459.89 | $3,224.89 |
| 08/15/16 | 5012 | KEYNOTE CONSULTING INC 220 Campus Drive Ste. 102 Arlington Heights, IL 60004 | Final distribution to claim 7 representing a payment of 41.73 % per court order. | 7100-000 | | $2,993.62 | $231.27 |
| 08/15/16 | 5013 | OLIPHANT FINANCIAL 9009 Town Center Parkway Lakewood Ranch, FL 34202 | Final distribution to claim 8 representing a payment of 41.73 % per court order. | 7100-000 | | $99.48 | $131.79 |
| 08/15/16 | 5014 | PYOD, LLC ITS SUCCESSORS AND ASSIGN assignee of FNBM, LLC Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Final distribution to claim 9 representing a payment of 41.73 % per court order. | 7100-000 | | $131.79 | $0.00 |

Page Subtotals: $0.00   $6,274.16

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $40,000.00 | $40,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,000.00 | $40,000.00 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $40,000.00 | $25,000.00 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5504 - Checking Account (Non-Interest Earn | $40,000.00 | $25,000.00 | $0.00 |
| | $40,000.00 | $25,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,000.00 |
| Total Gross Receipts: | $40,000.00 |

Page Subtotals:                    $0.00          $0.00